Department. May 10, 1907). Action by Walter W. Wood against Joseph Laemmle. F. M. Avery, for appellant. W. F. Wund, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WOODMAN et al., Respondents, v. MYERS, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Joel H. Woodman and another, as administrators, etc., against Emmet Myers. No opinion. Judgment of the County Court of Orange county unanimously affirmed, with costs.

WOODWARD, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Clara J. Woodward against the city of New York. No opinion. Judgment and order affirmed, with costs.

WRIGHT, Respondent, v. KNIGHTS OF MACCABEES, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Dennis L. Wright against the Knights of the Maccabees.

PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, said appeal is ordered transferred to the Appellate Division of the Third Judicial Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

SPRING, J., not sitting. See 95 N. Y. Supp. 996.

WYNKOOP, Respondent, v. LUDLOW VALVE MFG. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by William Wynkoop against the Ludlow Valve Manufacturing Company. For former opinion, see 98 N. Y. Supp. 1076.

PER CURIAM. Judgment and order reversed, on the ground that the finding of the jury that the plaintiff did not assume the risk is against the weight of evidence, and new trial granted, with costs to appellant to abide event.

SMITH, P. J., dissents.

YEANDEL v. PRUDENTIAL INS. CO. OF AMERICA. (Supreme Court, Appellate Term. May 16, 1907.) Appeal from City Court of New York, Trial Term. Action by Mary A. Yeandel against the Prudential Insurance Company of America. From an order setting aside a verdict for plaintiff, she appeals. Reversed, and verdict reinstated. August P. Wagener, for appellant. Campbell & Yankauer, for respondent.

PER CURIAM. Upon the authority of Grogan v. U. S. Industrial Ins. Co., 90 Hun, 521, 36 N. Y. Supp. 687, the order must be reversed. The cases of Bagley v. Bowe, 105 N. Y. 171–179, 11 N. E. 386, 59 Am. Rep. 488, and Colt v. Sixth Ave. Ry. Co., 1 Jones & S. 189, cited by the court below, seem to be more favorable to the appellant's contention than to that of the respondent, so far as they have any bearing at all upon the case. There was sufficient evidence from which the jury might rightfully infer that the receipt was properly executed by the deceased, and while a comparison of the signature of the deceased as written upon the application for the policy with that upon the assignment or receipt shows dissimilarity, the genuineness of the decedent's signature to such assignment was not questioned at the trial. The order must be reversed, and the verdict reinstated, with costs.

ZAMORY, Appellant, v. LEVY et al., Respondents. (Supreme Court, Appellate Division, First Department. April 12, 1907.) Action by George G. Zamory against Joseph Levy and another. A. D. Lind, for appellant. L. S. Garrere, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

McLAUGHLIN and HOUGHTON, JJ., dissent.

END OF CASES IN VOL. 104.